```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**DEANNA LEE McCHRISTIAN,**

       Plaintiff,

v.                               Civil Action No. 2:16-cv-10695

**NANCY A. BERRYHILL,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.


## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on October 5, 2017; the magistrate judge having recommended that the court grant defendant's motion for a remand; the magistrate judge having noted that plaintiff's counsel consents to the remand; and the magistrate judge having further recommended that the court reverse the final decision of the Commissioner, remand this case for further proceedings, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.    The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated

herein;

2. The plaintiff's Brief in Support of Judgment on the Pleadings be, and it hereby is, granted insofar as she requests remand to the Commissioner for further proceedings and otherwise denied;

3. The decision of the Commissioner be, and it hereby is, reversed;

4. This matter be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further evaluation of the record and re-evaluation of the plaintiff's claims for disability insurance benefits and supplemental security income; and

5. This civil action be, and it hereby is, dismissed and stricken from the docket of the court.

The Clerk is directed to forward copies of this order to all counsel of record and United States Magistrate Judge Dwane L. Tinsley.

ENTER: November 1, 2017

John T. Copenhaver, Jr.
United States District Judge